

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-18-CR-273 |
| | * | |
| Plaintiff, | * | SUPERSEDING INDICTMENT |
| | * | |
| V. | * | [VIO: 21 U.S.C. 841(a)(1) & |
| | * | 841(b)(1)(D) – Possession With Intent to |
| ANIBAL SOTO AGUILAR, | * | Distribute Less than 50 Kilograms of |
| | * | Marijuana, a Schedule I Controlled |
| Defendant | * | Substance] |

THE GRAND JURY CHARGES:

On or about August 25, 2018, in the Western District of Texas, the Defendant,

**ANIBAL SOTO AGUILAR,**

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved less than 50 kilograms of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE

As a result of the criminal violation set forth in Count One, which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the below-listed property from Defendant ANIBAL SOTO AGUILAR. Defendant shall forfeit all right, title, and interest in the below-described property to the United States pursuant to FED. R. CRIM. P. 32.2 and 21 U.S.C. § 853(a). Section 853 specifically provides the following:

**Title 21 U.S.C. § 853**

    **(a)** Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law—

        **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;

        **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand for Forfeiture includes, but is not limited to, the following:

- $67,065.42 seized from JP Morgan Chase Bank, Acct # 291833678.

A TRUE BILL:

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

By: MARK L. FRAZIER
Assistant United States Attorney